IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CATHERINE HASTIE HAWKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 112-112 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 19.) After thorough consideration of the three grounds of error alleged in Plaintiff's briefing (doc. no. 11), and the Acting Commissioner's responses (doc. no 12), the Magistrate Judge recommended that the Acting Commissioner's final decision be reversed and remanded to the Acting Commissioner for proper consideration of Plaintiff's Reflex Sympathetic Dystrophy ("RSD"). (See generally doc. no. 17.) In particular, the Magistrate Judge recommended that the decision of the Administrative Law Judge ("ALJ") was not supported by substantial evidence because it failed to consider Plaintiff's RSD at step two of the sequential evaluation process, which, consistent with Eleventh Circuit precedent, undermined his remaining findings of fact and conclusions of law. (See generally doc. no. 17.)

The Court hereby **OVERRULES** the Acting Commissioner's objections because they restate the claims that the Magistrate Judge has already addressed at length and do not offer any new information or evidence that warrants a deviation from the Magistrate Judge's recommendation. (See generally doc. no. 19.) Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Acting Commissioner's final decision is **REVERSED,** and this case is **REMANDED** to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 14th day of January, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA